

**U.S. Department of Justice**

United States Attorney
Eastern District of New York

JD
F.#2011R02050

271 Cadman Plaza East
Brooklyn, New York 11201

May 16, 2012

**By ECF**

Defense Counsel

    Re: United States v. Anthony Romanello, et. al.
        Criminal Docket No. 12-0050 (S-5)(CBA)

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case.

1. **STATEMENTS OF THE DEFENDANTS**

    At the time of their arrest, the defendants provided the following pedigree information to the arresting agents:

| Description | Bates Range |
|---|---|
| Anthony Romanello | 1-8 |

2. **DOCUMENTS AND TANGIBLE ITEMS**

| Description | Bates Range |
|---|---|
| Minutes of Guilty Plea, U.S. v. Romanello, 10 CR 929 (ILG) January 10, 2012 | 9-38 |

If you have further questions or requests, please contact us.

    Very truly yours,

    LORETTA E. LYNCH
    United States Attorney
    Eastern District of New York

By:    /s/
    Jack Dennehy
    Amir H. Toossi
    Assistant U.S. Attorneys
    (718) 254-6133/6176

cc:  Clerk of the Court (CBA) (by ECF)